IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

No. CR 00-0505 WHA

**JUDGMENT OF ACQUITTAL**

v.

JAY M. LAPINE,

    Defendant.
                                    /

**(X) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS SO ORDERED AND ADJUDGED** the defendant was found not guilty as to Counts One, Five and Six. IT IS ORDERED that the defendant is acquitted, discharged and any bond exonerated as to Counts One, Five and Six (all other Counts were dismissed.)

Dated: November 19, 2009

_____
WILLIAM ALSUP
U.S. DISTRICT JUDGE